IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALBERTO MARTINEZ<br>　　　　　　Plaintiff<br>　v.<br>WAL-MART INC., WAL-MART STORES, INC., WAL-MART STORES EAST, L.P., WAL-MART #579, TEST RITE PRODUCTS CORP<br>　　　　　　Defendant | Case No. CIV-21-1186-J |

**UNOPPOSED MOTION TO STAY CASE PENDING OUTCOME OF MEDIATION**

Plaintiff moves the Court to stay the case and all deadlines pending the outcome of private mediation to occur with Judge Bill Hetherington on April 27, 2022. Counsel for all parties have agreed to the mediation. This motion is unopposed.

**BRANUM LAW FIRM, PLLC**

_/s/ John Branum_

John Branum, OBA No. 20165
Jay Mitchel, OBA No. 20784
Jessica Ladd, OBA No. 33821
9600 South May Avenue
Oklahoma City, Oklahoma 73159
Telephone: (800) 318-9950
Facsimile: (800) 418-8210
Email: lit@branumlawfirm.com
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of February 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all recipients registered with the Court's ECF system who are duly authorized to receive a copy of this document.

**BRANUM LAW FIRM, PLLC**

*/s/ John Branum*

John Branum, OBA No. 20165
Jay Mitchel, OBA No. 20784
Jessica Ladd, OBA No. 33821
9600 South May Avenue
Oklahoma City, Oklahoma 73159
Telephone: (800) 318-9950
Facsimile: (800) 418-8210
Email: lit@branumlawfirm.com
**ATTORNEYS FOR PLAINTIFF**