**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ALBERTO MARTINEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-21-1186-J |
| | ) |
| WAL-MART, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Substitute Party [Doc. No. 19]. Upon review of Plaintiff's unopposed motion, the Court GRANTS Plaintiff's Unopposed Motion to Substitute Party. "Walmart Inc" shall be substituted for Defendant Wal-Mart, Inc.

IT IS SO ORDERED this 28th day of February, 2022.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE