**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

ALBERTO MARTINEZ,                        )
                                         )
                    Plaintiff,           )
                                         )
v.                                       )          Case No. CIV-21-1186-J
                                         )
WALMART INC., et al.,                    )
                                         )
                    Defendants.          )

## ORDER

Before the Court is Plaintiff's Motion to Dismiss Wal-Mart Stores, Inc.; Wal-Mart Stores East, L.P.; and Wal-Mart #479 without Prejudice (Motion to Dismiss) [Doc. No. 21]. Upon review of Plaintiff's unopposed motion, the Court GRANTS Plaintiff's Motion to Dismiss. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendants Wal-Mart Stores, Inc.; Wal-Mart Stores East, L.P.; and Wal-Mart #479 are hereby DISMISSED without prejudice.

IT IS SO ORDERED this 1st day of March, 2022.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE